UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY VATHIS,

    Plaintiff,

v.                                      Case No:   2:14-cv-311-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause is before the Court on the Plaintiff, Jerry Vathis' Motion to Dismiss Complaint (Doc. 19) filed on November 25, 2014.   No response was filed and the time to respond has passed. The Plaintiff is requesting that the Court dismiss this action with prejudice.   Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at plaintiff's request, only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).   Absent any response by the Commissioner of Social Security, the Court determines that this action may be dismissed with prejudice.

**IT IS RESPECTFULLY RECOMMEDED:**

The Motion to Dismiss Complaint (Doc. 19) be **GRANTED,** and this action be dismissed with prejudice.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

- 2 -

Respectfully recommended in Chambers in Ft. Myers, Florida on December 17, 2014.

/s/ Douglas N. Frazier
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties