UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY VATHIS,

        Plaintiff,

v.                                Case No:   2:14-cv-311-FtM-38DNF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #20), filed on December 17, 2014, recommending (1) Plaintiff Jerry Vathis' Motion to Dismiss Complaint (Doc. #19), filed on November 25, 2014, be granted; and (2) this action be dismissed with prejudice. No objections have been filed to the Report and Recommendation. This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636 (b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. So. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #20) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. Plaintiff Jerry Vathis' Motion to Dismiss Complaint (Doc. #19) is **GRANTED**. The Complaint (Doc. #1) is **DISMISSED with prejudice**.

3. The Clerk is directed to enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of January, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record